# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| HERITAGE HOME GROUP, LLC, *et al.*, ) | |
| ) | Case No. 18-11736 (BLS) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ———————————————— ) | |
| ) | |
| ALFRED T. GIULIANO, in his capacity as ) | |
| Chapter 7 Trustee of HERITAGE HOME ) | |
| GROUP, LLC, *et al.*, ) | Adversary No. 20-50694 (BLS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN EXPRESS TRAVEL RELATED ) | |
| SERVICES COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 6

PLEASE TAKE NOTICE that American Express Travel Related Services Company, Inc. hereby withdraws Defendant's Corporate Disclosure Statement [Docket No. 6].


Dated: September 6, 2020                    SMITH, KATZENSTEIN & JENKINS LLP

                                            /s/ *Kathleen M. Miller*
                                            Kathleen M. Miller (I.D. No. 2898)
                                            1000 N. West Street, Suite 1501, P.O. Box 410
                                            Wilmington, DE 19899
                                            Tel: (302) 652-8400
                                            KMiller@skjlaw.com
                                            *Attorneys for American Express Travel Related Services Company, Inc.*